■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEQUAMN STORTS, JR., Also Known as "P", Appellant. [972 NYS2d 916]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered May 16, 2012, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court providently exercised its discretion in denying the defendant's application for youthful offender treatment given the defendant's commission of another crime after his arrest for the instant offense, his prior youthful offender adjudication, and his record and background (*see People v Thompson*, 16 AD3d 603, 604 [2005]; *People v Roger*, 287 AD2d 747 [2001]; *People v Brown*, 115 AD2d 485 [1985]; *People v Kane*, 100 AD2d 944 [1984]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Dillon, J.P., Leventhal, Chambers and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLIE SWAN, Appellant. [972 NYS2d 917]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered December 14, 2011, convicting him of criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Leventhal, Chambers and Miller, JJ., concur.